# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHARLES SHATTUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01665-CMS |
| ) | |
| JENNIFER CURRIE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Charles Shattuck's Motion to Correct the Record of Defendants. Doc. [15]. The Court will grant the motion to the extent Plaintiff seeks to identify by first names three Defendants he had identified in the complaint only by their last names. To the extent Plaintiff seeks appointment of counsel to identify any remaining unknown Defendants, the motion will be denied without prejudice.

The Court previously denied without prejudice Plaintiff's motion to appoint counsel, stating that Plaintiff had demonstrated that he could adequately present his claims to the Court. *See* Doc. [10] at 18. The Court will again deny without prejudice Plaintiff's motion for appointment of counsel. Discovery in this matter will commence after the Court issues a case management order (CMO). Through discovery, Defendants are required to disclose to Plaintiff the names and identities of all individuals with knowledge of the facts giving rise to Plaintiff's claims. *See* Fed. R. Civ. P. 26(a)(1). After Defendants' initial disclosures, Plaintiff may file a motion for leave to amend his complaint to identify any remaining unknown Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Correct the Record of Defendants is **GRANTED** in part and **DENIED** in part.  Doc. [15].  The motion is **GRANTED** to the extent it seeks to identify the first names of three Defendants whose first names were previously unknown, and **DENIED** without prejudice in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court shall modify the docket sheet as follows:  Defendant Unknown Brown shall be changed to Timothy Brown; Defendant Unknown Montgomery shall be changed to Deven Montgomery; and Defendant Unknown Batreal shall be changed to Christopher Batreal.

Dated this 18th day of November, 2025.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE