UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES SHATTUCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-01665-CMS |
| JENNIFER CURRIE, et al., | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Missouri Department of Corrections' filing under seal of the last known address for Defendants Bradley Smith, Thomas Myler, Christopher Battreal, Robert Ward, Justin Conway, Deven Montgomery, and Caleb Thompson.[1] *See* ECF No. 18 (under seal). Because Plaintiff Charles Shattuck is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the addresses provided in docket number 18. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon Defendants Bradley Smith, Thomas Myler, Christopher Battreal, Robert Ward, Justin Conway, and Deven Montgomery at the addresses provided in docket number 18.

---

[1] Counsel for MDOC states that the Department could not waive service for Defendant Caleb Thompson, as he is deceased. *See* Doc. 18. The Court will not issue service on this Defendant.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 20th day of November, 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE